UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| JACQUELINE O'SHEA, | ) | No. 5:22-cv-00215-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 8th day of July, 2022, it is hereby, ORDERED that Plaintiff, Jacqueline O'Shea's Motion for Attorney Fees, ECF No. 19, is granted. Plaintiff is awarded attorney fees in the amount of Five Thousand Two Hundred Dollars and 00/100 Cents ($5,200.00) under 28 U.S.C. § 2412 (d) of the EAJA. This award will be paid directly to Plaintiff, Jacqueline O'Shea, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

July 8, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge